UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ARTHUR W. SLACK, Derivatively On Behalf Of LUMEN TECHNLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> QUINCY L. ALLEN, MARTHA HELENA BEJAR, PETER C. BROWN, KEVIN P. CHILTON, STEVEN T. CLONTZ, T. MICHAEL GLENN, HAL STANLEY JONES, MICHAEL J. ROBERTS, LAURIE SIEGEL, VIRGINIA BOULET, W. BRUCE HANKS, JEFF K. STOREY, INDRANEEL DEV, CHRISTOPHER D. STANSBURY, MAXINE L. MOREAU, SHAUN C. ANDREWS, AND EDWARD MORCHE, <br><br> Defendants, <br><br> and <br><br> LUMEN TECHNLOGIES, INC., <br><br> Nominal Defendant. | Case No. 3:24-cv-01043-TAD-KDM <br> Honorable Terry A. Doughty <br> Magistrate Judge Kayla D. McClusky |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure, 41(a)(1)(A)(i), plaintiff Arthur W. Slack ("Plaintiff") voluntarily dismisses his claims in the above-captioned action (the "Action") without prejudice. Because this Notice of Voluntary Dismissal is being filed with the Court before Defendants have served either an answer or a motion for summary judgment,

Plaintiff's dismissal of his claims in the Action is effective upon the filing of this notice.

Dated: February 11, 2025

                                                      **LUNDY LLP**

                                                      <u>s/ Matthew E. Lundy</u>
Matthew E. Lundy
501 Broad Street
Lake Charles, LA 70601
Telephone: (337) 439-0707
Facsimile: (337) 439-1029
Email: mlundy@lundyllp.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
260 Madison Avenue, 22nd Fl.
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Counsel for Plaintiff Slack*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a copy of the foregoing document was filed with the Court's CM/ECF system which served the same on all counsel of record.

This 11th day of February 2025

                                                _s/ Matthew E. Lundy_
                                                Matthew E. Lundy