UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**ARTHUR W SLACK**  CASE NO.  3:24-CV-01043

**VERSUS**  JUDGE DOUGHTY

**LUMEN TECHNOLOGIES INC ET AL**  MAG. JUDGE MCCLUSKY

## JUDGMENT

Considering Plaintiff's *Notice of Voluntary Dismissal* (R. Doc. 11),

IT IS ORDERED, ADJUDGED, AND DECREED that the above matter be DISMISSED WITHOUT PREJUDICE pursuant to Rules 23.1, 41(a)(1)(A)(i), and 42(a)(2) of the Federal Rules of Civil Procedure.

MONROE, LOUISIANA, this 12th day of February, 2025.

_____
Terry A. Doughty
United States District Judge